UNITED STATES COURT OF INTERNATIONAL TRADE             FORM 3

| | |
|---|---|
| CVB, Inc.,<br><br>            Plaintiff,<br><br>  v.<br><br>United States,<br><br>            Defendant. | **S U M M O N S**<br><br>Case No. 21-cv-00288 |

**TO:**   The Attorney General of the United States and the U.S. International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                                                             /s/ Maria Toscano
                                                             Clerk of the Court

---

1.   Name and Standing of Plaintiff

The name of the Plaintiff is CVB, Inc. ("CVB" or "Plaintiff"). CVB is a U.S. importer of merchandise subject to the determination being challenged in this action. As such, CVB is an "interested party" within the meaning of 19 U.S.C. § 1677(9)(A) and 28 U.S.C. § 2631(k)(1). CVB also actively participated a party in the administrative proceeding that led to the determination being challenged. Accordingly, CVB has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2.   Brief Description of Contested Determination

Plaintiff contests the final affirmative injury determinations issued by the U.S. International Trade Commission ("ITC") in the antidumping duty ("AD") and countervailing duty ("CVD") investigations that the ITC conducted concerning Mattresses from Cambodia, China, Indonesia, Malaysia, Serbia, Thailand, Turkey, and Vietnam [Inv. Nos. 701-TA-645 and 731-TA-1495–1501 (Final)] (collectively, the "ITC's Final Determinations") that, in connection with final determinations issued by the U.S. Department of Commerce ("DOC") in the AD and CVD investigations concerning mattresses from various countries on March 25, 2021 (collectively, the "DOC's Final

Determinations"), led to the issuance of antidumping duty orders concerning Mattresses from Cambodia, Indonesia, Malaysia, Serbia, Thailand, Turkey, and Vietnam (collectively, the "DOC's AD Orders") and a countervailing duty order concerning Mattresses from China (the "DOC's CVD Order") that were published on May 14, 2021.

3. Date of Determination

The ITC's Final Determinations were issued on May 10, 2021, and the notice relating to the ITC's Final Determinations was published in the *Federal Register* on May 14, 2021. Subsequent to the publication of the DOC's Final Determinations in the *Federal Register* on March 25, 2021, and in connection with the publication of the ITC's Final Determinations, notices relating to the DOC's AD Orders and the DOC's CVD Order were published in the *Federal Register* on May 14, 2021.

4. If applicable, date of publication in Federal Register of notice of contested determination

The notice relating to the ITC's Final Determinations was published in the *Federal Register* on May 14, 2021. *See Mattresses from Cambodia, China, Indonesia, Malaysia, Serbia, Thailand, Turkey, and Vietnam*, 86 Fed. Reg. 26545 (May 14, 2021). The notice relating to the DOC's AD Orders was published in the *Federal Register* on May 14, 2011. *See Mattresses from Cambodia, Indonesia, Malaysia, Serbia, Thailand, the Republic of Turkey, and the Socialist Republic of Vietnam: Antidumping Duty Orders and Amended Final Affirmative Antidumping Determination for Cambodia*, 86 Fed. Reg. 26460 (May 14, 2021). The notice relating to the DOC's CVD Order was published in the Federal Register on May 14, 2021. *See Mattresses from the People's Republic of China: Countervailing Duty Order*, 86 Fed. Reg. 26463 (May 14, 2021).

        Name, Address, Telephone Number and
        E-mail Address of Plaintiff's Attorney

        Geoffrey M. Goodale
        DUANE MORRIS LLP
        505 9th Street. N.W. – Suite 1000
        Washington, DC 20004
        Tel. No: 202-776-5211
        E-mail: gmgoodale@duanemorris.com

        *Counsel to CVB, Inc.*

*/s/ Geoffrey M. Goodale*

Signature of Plaintiff's Attorney

June 14, 2021

Date

## SERVICE OF SUMMONS BY THE CLERK

This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)). Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only. Pursuant to Rules 4(a)(1) and (4), the Clerk of the Court is requested to make service of the summons on each of the following named defendants:

**UPON THE UNITED STATES:**

Attorney-in-Charge
International Trade Field Office
National Courts Section
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza, Room 346
New York, NY 10278

Jeanne Davidson, Director
Attorney-in Charge
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

**UPON THE UNITED STATES INTERNATIONAL TRADE COMMISSION:**

Lisa R. Barton
Secretary to the Commission
**U.S. International Trade Commission**
500 E Street SW
Washington, DC 20436

**UPON THE UNITED STATES DEPARTMENT OF COMMERCE:**

Michelle O. McClelland
Assistant General Counsel for Administration
and Transaction, performing the non-exclusive
duties of the General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Chief Counsel for Enforcement and Compliance
Office of the Chief Counsel for Trade
Enforcement and Compliance
International Trade Administration
**U.S. Department of Commerce**
1401 Constitution Avenue, NW
Washington, DC 20230

# CERTIFICATE OF SERVICE

I hereby certify that, on June 14, 2021, I caused a copy of the attached Summons in Case Number 21-cv-00288 to be served by certified mail, return receipt requested [or registered mail, return receipt requested for entities outside of the United States], on the following parties:

Attorney-in-Charge
International Trade Field Office
National Courts Section
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza, Room 346
New York, NY 10278

Jeanne Davidson, Director
Attorney-in Charge
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

The Honorable Lisa R. Barton
Secretary
U.S. International Trade Commission
500 E Street, S.W.
Washington, D.C. 20436

Michelle O. McClelland
Assistant General Counsel
**U.S. Department of Commerce**
14th and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Chief Counsel for Enforcement & Compliance
Office of the Chief Counsel for Trade
International Trade Administration
**U.S. Department of Commerce**
1401 Constitution Avenue, NW
Washington, DC 20230

Yohai Baisburd, Esq.
**Cassidy Levy Kent (USA) LLP**
900 19th Street, N.W. – 4th Floor
Washington, D.C. 20006

Grace W. Kim, Esq.
**Kelley, Drye & Warren LLP**
Washington Harbour, Suite 400
3050 K Street, N.W.
Washington, D.C. 20007

Kristin H. Mowry, Esq.
**Mowry & Grimson, PLLC**
5335 Wisconsin Avenue, N.W.
Suite 810
Washington, D.C. 20015

Camelia C. Mazard, Esq.
**Doyle, Barlow & Mazard PLLC**
1776 K Street, N.W. – Suite 200
Washington, D.C. 20006

David M. Schwartz, Esq.
**Thompson Hine LLP**
1919 M Street, N.W. – Suite 700
Washington, D.C. 20036

J. David Park, Esq.
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001

Jonathan T. Stoel, Esq.
**Hogan Lovells US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004

| | |
|---|---|
| Edmund W. Sim, Esq.<br>**Appleton Luff Pte Ltd.**<br>1025 Connecticut Avenue, N.W.<br>Suite 1000<br>Washington, D.C. 20036 | Eric C. Emerson, Esq.<br>**Steptoe & Johnson LLP**<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795 |
| Mrs. Pradnyawati<br>Director of Trade of Defense<br>Ministry of Trade of Indonesia<br>Jl. M.l.Ridwan Rais. No. 5 Gedung II Lt. 10<br>Jakarta Pusat, Indonesia 10110 | Oagir Volkan AGAR<br>Republic of Turkey Ministry of Trade<br>T.C. Ticaret Bakanligi<br>Sogutozu Mah. 2176.Sk. No: 63 06530<br>Cankaya, Ankara, Turkey |
| Dogus Tozanli<br>Istanbul Exporters' Association<br>Istanbul Ihracatci Birlikleri Genel Sekreterligi<br>Cobancesme Mevkii, Sanayi Caddesi DTK<br>Yenibosna<br>34197 Istanbul Turkey | Kevin Pandowo<br>PT. Romance Bedding and Furniture<br>Jalan Sukarela No. 5,<br>Penjaringan, Jakarta Utara,<br>Indonesia |
| Mr. Wijayanto<br>Embassy of Indonesia<br>2020 Massachusetts Avenue, N.W.<br>Washington, D.C. 20036 | |

/s/ Geoffrey M. Goodale

Geoffrey M. Goodale
**Duane Morris LLP**
505 9th Street, N.W. – Suite 1000
Washington, D.C. 20004
Tel: 202-776-5211
gmgoodale@duanemorris.com