UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| **CVB, INC.,** | : |
| **Plaintiff,** | : |
| v. | : |
| **UNITED STATES,** | : Court No. 21-cv-00288 |
| **Defendant,** | : |
| and | : |
| **BROOKLYN BEDDING, LLC, et al.,** | : |
| **Defendant-Intervenors.** | : |

**JOINT STATUS REPORT BRIEF**

Pursuant to the Minute Order issued by the Court on December 17, 2021 (ECF No. 32), CVB, Inc. ("Plaintiff"), the United States ("Defendant"), and Brooklyn Bedding, LLC, et al. ("Defendant-Intervenors") (collectively "the Parties"), have conferred and jointly submit this status report indicating the Parties' joint position on the resolution of Plaintiff's Motion for Protective Order for Access to BPI for Plaintiff's Counsel (ECF No. 21) ("Plaintiff's Motion") and other case management matters discussed during the status conference on December 17, 2021.

First, the Parties agree this action should not be stayed pending the outcome of <u>CVB Inc. v. Corsicana Mattress et al.</u>, 1:20-cv-144 (D. Utah).

Second, the Parties have reached an agreement in principle on terms for counsel for Plaintiff to be granted conditional access to BPI. The Parties are documenting the mechanics of this agreement and will further report to the Court on or by January 10, 2022.

Third, given that the Parties have reached an agreement in principle regarding conditional access to BPI, the Parties believe there is no need for an in-person oral argument to be held on

Plaintiff's motion, currently scheduled for Thursday, January 13, 2022 (ECF No. 27).  The Parties are of course available for a telephonic or video status conference, if desired by the Court.

Dated: January 6, 2022                                             Respectfully submitted,

**/s/ Geoffrey M. Goodale**
Geoffrey M. Goodale
Brian H. Pandya
DUANE MORRIS LLP
505 9th Street, N.W. – Suite 1000
Washington, D.C. 20004
Tel: 202-776-5211
gmgoodale@duanemorris.com

Stephen G. Larson
Robert C. O'Brien
Paul A. Rigali
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Tel: 213-436-4864
slarson@larsonllp.com

*Counsel to Plaintiff CVB, Inc.*


**/s/ Andrea C. Casson**
Andrea C. Casson
Brian R. Soiset
Alexandra M. Felchlin
Office of the General Counsel
U.S. International Trade Commission
500 E Street, S.W.
Washington, D.C. 20436
Telephone: (202) 205-3105
Andrea.Casson@usitc.gov

*Counsel to Defendant United States*

**/s/ Yohai Baisburd**
Yohai Baisburd
Mary Jane Alves
Cassidy Levy Kent (USA) LLP
900 19th Street, NW, Suite 400
Washington, D.C. 20006
Tel: (202) 567-2319
E-mail: ybaisburd@cassidylevy.com

*Counsel to Defendant-Intervenors Brooklyn Bedding, LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI, Inc.; Innocor, Inc.; Kolcraft Enterprises Inc.; Leggett & Platt, Inc.; the International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy,Allied Industrial and Service Workers International Union, AFL-CIO*