## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| CVB, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>　　　　　Defendant,<br><br>and<br><br>BROOKLYN BEDDING, LLC, et al.,<br><br>　　　　　Defendant-Intervenors. | Court No. 21-cv-00288 |

## JOINT STATUS REPORT

Pursuant to the Court's Order issued on January 6, 2022 (ECF No. 35), CVB, Inc. ("Plaintiff"), the United States ("Defendant"), and Brooklyn Bedding, LLC, et al. ("Defendant-Intervenors") (collectively "the Parties") jointly submit this status report regarding the Parties' discussions regarding conditional access to Business Proprietary Information ("BPI") by Plaintiff's counsel.

The proposed certification that is attached as <u>Exhibit 1</u> sets forth the acceptable terms for conditional access to BPI by Plaintiff's counsel. Per the Parties' agreement, Defendant and Defendant-Intervenors do not object to conditional access to BPI for the counsel to Plaintiff who sign and file the attached certification with the Court and provide a copy to the Commission's Secretary.

Dated: January 10, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Geoffrey M. Goodale
　　　　　　　　　　　　　　　　　　　　　　　　Geoffrey M. Goodale
　　　　　　　　　　　　　　　　　　　　　　　　Brian H. Pandya
　　　　　　　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　　　　　　　　505 9th Street, N.W. – Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　　　　　Tel: 202-776-5211
　　　　　　　　　　　　　　　　　　　　　　　　gmgoodale@duanemorris.com

Stephen G. Larson
Robert C. O'Brien
Paul A. Rigali
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Tel: 213-436-4864
slarson@larsonllp.com

*Counsel to Plaintiff CVB, Inc.*


**/s/ Andrea C. Casson**
Andrea C. Casson
Brian R. Soiset
Alexandra M. Felchlin
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436
Telephone: (202) 205-3105
Andrea.Casson@usitc.gov

*Counsel to Defendant United States*


**/s/ Yohai Baisburd**
Yohai Baisburd
Mary Jane Alves
Cassidy Levy Kent (USA) LLP
900 19th Street, NW, Suite 400
Washington, DC 20006
Tel: (202) 567-2319
E-mail: ybaisburd@cassidylevy.com

*Counsel to Defendant-Intervenors Brooklyn Bedding, LLC; Corsicana Mattress Company; Elite Comfort Solutions; FXI, Inc.; Innocor, Inc.; Kolcraft Enterprises Inc.; Leggett & Platt, Inc.; the International Brotherhood of Teamsters; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO*

# **EXHIBIT 1**

## **BPI Certification**

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| **CVB, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br><br>　　　　　**Defendant,**<br><br>and<br><br>**BROOKLYN BEDDING, LLC, et al.,**<br><br>　　　　　**Defendant-Intervenors** | Court No. 21-cv-00288 |

### CERTIFICATION REGARDING ACCESS TO AND PROTECTION OF BUSINESS PROPRIETARY INFORMATION

In order to be provided with access to the materials containing business proprietary information ("BPI") from the administrative proceedings (the "Administrative Proceedings") that led to the determinations made by the U.S. International Trade Commission ("ITC") that gave rise to this case before the U.S. Court of International Trade ("Court"), I, [Insert Name], certify that:

(1) I have not entered, and will not enter, an appearance in the matter of *CVB Inc. v. Corsicana Mattress Co., et al.*, 1:20-cv-144 (D. Utah) (the "Utah Case");

(2) Any communications that I have with individuals participating in the Utah Case will be limited to questions of law that do not involve knowledge, discussion, or disclosure of BPI;

(3) I will comply with the Court's BPI-related rules and procedures, including the requirements enumerated on CIT Form 17, and the provisions set forth in the ITC's administrative protective order relating to the Administrative Proceedings; and

(4) I will take necessary and appropriate actions to protect the BPI, including, but not limited to ensuring that electronic versions of BPI and any hard copies are only accessible by authorized applicants covered by CIT Form 17 and the ITC's administrative protective order, and will not discuss or disclose the BPI to any

person not authorized to have access to the BPI, including attorneys who are representing CVB, Inc. in the Utah Case.

                                      _____
                                      [Insert Attorney's Name]
                                      [Insert Law Firm's Name]
                                      [Insert Law Firm's Street Address]
                                      [Insert Law Firm's City, State, Zip Code]
                                      Tel: [Insert Attorney's Tel. No.]
                                      [Insert Attorney's E-Mail Address]

                                      *Counsel to Plaintiff CVB, Inc.*

Date:  January ___, 2022

cc:  Lisa R. Barton, Secretary to the Commission

2