UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| CVB, INC., <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> BROOKLYN BEDDING, LLC, *et. al.*, <br><br> Defendant-Intervenors. | Court No. 21-cv-00288 <br><br> **PUBLIC DOCUMENT** |

**PUBLIC
JOINT APPENDIX**

Geoffrey M. Goodale
Andrew R. Sperl
Nathan J. Heeter
DUANE MORRIS LLP
505 9th Street, N.W. – Suite 1000
Washington, DC 20004
(202) 776-5211
gmgoodale@duanemorris.com

Stephen G. Larson
Robert C. O'Brien
Paul A. Rigali
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
(213) 436-4864
slarson@larsonllp.com

*Counsel to Plaintiff CVB, Inc.*

Dated: August 15, 2022

Pursuant to the Scheduling Order issued by the Court in this case on November 3, 2021 (ECF No. 26), and in accordance Joint Appendix Preparation in § 1581(c) Cases Assigned to Judge Vaden (Revised March 1, 2022), Plaintiff CVB, Inc. respectfully submits the public joint appendix containing the entirety of the administrative agency's final decision, any supporting documents, and the record documents cited by the parties in their briefs in this case. The table of contents of the public joint appendix is attached hereto.

Dated: August 15, 2022                                             Respectfully submitted,

/s/ Geoffrey M. Goodale
Geoffrey M. Goodale
Andrew R. Sperl
Nathan J. Heeter
DUANE MORRIS LLP
505 9th Street, N.W. – Suite 1000
Washington, D.C. 20004
Tel: 202-776-5211
gmgoodale@duanemorris.com

Stephen G. Larson
Robert C. O'Brien
Paul A. Rigali
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Tel: 213-436-4864
slarson@larsonllp.com

*Counsel to Plaintiff CVB, Inc.*

Public Joint Appendix Index

| Description | P.R. | C.R. Cross-Ref | Appendix Pages |
|---|---|---|---|
| Petition: Mattresses from Cambodia, China, Indonesia, Malaysia, Serbia, Thailand, Turkey, and Vietnam: Antidumping and Countervailing Duty Petitions (filed by Brooklyn Bedding, Corsicana Mattress Company, Elite Comfort Solutions, FXI, Inc., Innocor, Inc., Kolcraft Enterprises, Inc., Leggett & Platt, Incorporated, the International Brotherhood of Teamsters, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO ("USW") (collectively, the "Mattress Petitioners")) | 1 | 1 | Appx1000-Appx3951 |
| Correspondence: Questionnaire Cover Letter (filed by Office of Investigations) | 14 | | Appx4182-Appx4182 |
| Research Material: Mattresses from China, Inv. No. 731-TA-1424 (Final), USITC Publication 5000 (December 2019) from Previous Mattress Investigation (filed by Office of Economics) | 48 | | Appx6505-Appx6897 |
| Brief - Post- Hearing/Conference: Post-Conference Brief and Response to Staff Conference Questions (filed by Classic Brands, LLC, CVB, Inc., Sinomax USA, Inc., Healthcare Europe DOO Ruma, Saffron Living, Ltd., Diglant Malaysia Sdn Bhd and Ashley Furniture Industries, Inc.) | 72 | 279 | Appx7166-Appx7920 |
| Notice: 85 Fed. Reg. 30984: Determinations (May 21, 2020) (filed by Office of the Secretary) | 111 | | Appx9046-Appx9046 |
| Consolidated Reports And Views: USITC Publication 5059 (May 2021) (Preliminary) (filed by Office of Investigations) | 113 | 384 | Appx9048-Appx9373 |
| Publication - USITC: USITC Pub. No. 5059: Mattresses from Cambodia, China, Indonesia, Malaysia, Serbia, Thailand, Turkey, and Vietnam, Inv. Nos. 701-TA-645 and 731-TA-1495-1501 (Preliminary)(May 2020) (filed by Office of the Secretary) | 114 | | Appx9374-Appx9699 |

| | | | |
|---|---|---|---|
| Correspondence: Draft Questionnaire Comment Letter (filed by Office of Investigations) | 123 | | Appx9700-Appx9701 |
| Questionnaire – Blank: U.S. Producers'; U.S. Purchasers'; U.S. Importers'; Foreign Producers'/Exporters' Questionnaires (filed by Office of Investigations) | 124 | | Appx9702-Appx9888 |
| Correspondence: Letter regarding Extension Request for Comments on Draft Questionnaires (filed by Classic Brands, LLC, CVB, Inc., Sinomax USA, Inc., Healthcare Europe DOO Ruma, Saffron Living, Ltd., Diglant Malaysia Sdn Bhd) | 115 | | Appx9889-Appx9892 |
| Questionnaire – Comments on Draft: Comments on Draft Questionnaires (filed by Classic Brands, LLC, CVB, Inc., Sinomax USA, Inc., Healthcare Europe DOO Ruma, Saffron Living, Ltd. and Diglant Malaysia Sdn Bhd) | 127 | | Appx9908-Appx10136 |
| Questionnaire - Blank: U.S. Producers'; U.S. Purchasers'; U.S. Importers'; Foreign Producers'/Exporters' Questionnaires (filed by Office of Investigations) | 142 | | Appx10198-Appx10417 |
| Correspondence: Questionnaire Cover Letter (filed by Office of Investigations) | 143 | | Appx10418-Appx10418 |
| Brief - Pre-Hearing: Joint Pre-Hearing Brief (filed by Classic Brands LLC, CVB, Inc. and Ashley Furniture Industries LLC) | 191 | 719 | Appx11354-Appx12079 |
| Transcript: Commission Hearing (Pages 1-270) (filed by Office of the Secretary) | 200 | | Appx12209-Appx12479 |
| Staff Report - Final and Preliminary: Staff Report (Final) (filed by Office of Investigations) | 213 | 736 | Appx13626-Appx14079 |
| Notice: 86 Fed. Reg. 26545: Determinations (May 14, 2021) (filed by Office of the Secretary) | 223 | | Appx14715-Appx14715 |
| Publication - USITC: USITC Pub. No. 5191: Mattresses from Cambodia, China, Indonesia, Malaysia, Serbia, Thailand, Turkey, and Vietnam, Inv. Nos. 701-TA-645 and 731-TA-1495-- 1501 (Final) (May 2021) (filed by Office of the Secretary) | 226 | 747 | Appx14727-Appx15238 |