

## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

December 20, 2023

**BY ELECTRONIC FILING**

The Honorable Stephen Alexander Vaden
United States Court of International Trade
1 Federal Plaza
New York, New York 10278
Tel: (212) 264-2800

    Re:    <u>CVB, Inc. v. United States</u>, Court No. 21-00288

Dear Judge Vaden:

On December 19, 2023, the United States Court of International Trade issued a public opinion in the above-referenced case. Upon review of the opinion, defendant, the U.S. International Trade Commission identified business proprietary information ("BPI") subject to the governing protective order that it believes is confidential and may need to be redacted from the public version of the opinion. Upon consultation with the other parties to this litigation, the Commission respectfully requests that the Court temporarily retract the currently issued public opinion and allow the parties the opportunity to confer and submit comments regarding any BPI for which they believe the Court should accord confidential treatment. Counsel for the plaintiff and counsel for the defendant-intervenors have indicated their agreement with this request.

Respectfully submitted,

*/s/ Dominic Bianchi*
Dominic Bianchi
General Counsel


*/s/ Andrea C. Casson*
Andrea C. Casson
Assistant General Counsel for Litigation


*/s/ Jane C. Dempsey*
Jane C. Dempsey
Attorney-Advisor
Office of the General Counsel
U.S. International Trade Commission
500 E Street SW
Washington, DC 20436
Telephone: (202) 205-3146
Facsimile: (202) 205-3111
Jane.Dempsey@usitc.gov

*Attorneys for Defendant United States*