## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| **CVB, INC.,**  <br><br>　　　　　**Plaintiff,**  <br><br>　　v.  <br><br>**UNITED STATES,**  <br><br>　　　　　**Defendant,**  <br><br>　　and  <br><br>**BROOKLYN BEDDING, LLC,** *et al.*,  <br><br>　　　　　**Defendant-Intervenors.** | Court No. 21-cv-00288 |

## NOTICE OF APPEAL

Notice is hereby given that, as indicated in the attached Form 1, CVB, Inc., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's final judgment entered in this action, *CVB, Inc. v. United States et al.*, Ct. No. 21-cv-00288, Slip Op. 23-184 (Ct. Int'l Trade December 19, 2023) [ECF 88] and Judgment Order (Ct. Int'l Trade December 19, 2023) [ECF 89].

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Geoffrey M. Goodale
　　　　　　　　　　　　　　　　　　　　　　Geoffrey M. Goodale
　　　　　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　　　　　　901 New York Avenue, NW, Suite 700 East
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　　(202) 776-5211
　　　　　　　　　　　　　　　　　　　　　　GMGoodale@duanemorris.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel to CVB, Inc.*

Dated:  February 15, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 15th day of February 2024, plaintiff's "NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Geoffrey M. Goodale
Geoffrey M. Goodale