UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN

| | |
|---|---|
| CVB, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | Court No. 21-288 |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| BROOKLYN BEDDING, LLC, et al., ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

**NOTICE OF APPEAL OF JANUARY 8, 2024 ORDER**

Notice is hereby given, as indicated in the attached Form 1, that Defendant United States, by and through the United States International Trade Commission, hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's order entered in this action on January 8, 2024, *CVB, Inc. v. United States*, Ct. No. 21-cv-00288, Slip Opinion 24-2 (Ct. Int'l Trade Jan. 8, 2024) [ECF 94].

Respectfully submitted,

*/s/ Dominic Bianchi*
DOMINIC BIANCHI
General Counsel

*/s/ Andrea C. Casson*
ANDREA C. CASSON
Assistant General Counsel for Litigation

*/s/ Jane C. Dempsey*
JANE C. DEMPSEY
Office of the General Counsel
U.S. International Trade Commission
500 E Street, S.W.
Washington, D.C. 20436
T:  202-205-3142

*Counsel for Defendant, United States*

Dated:  March 7, 2024

## **CERTIFICATE OF SERVICE**

    I, Jane C. Dempsey, hereby certify that, on this 7th day of March 2024, I filed electronically a true and correct copy of the attached NOTICE OF APPEAL OF JANUARY 8, 2024 ORDER. Pursuant to the Court's Administrative Order 02-01, this filing constitutes electronic service on all of the parties participating in this appeal.

                                                      */s/ Jane C. Dempsey*
                                                      Jane C. Dempsey
                                                      Attorney-Advisor
                                                      Office of the General Counsel
                                                      U.S. International Trade Commission
                                                      500 E Street SW
                                                      Washington, DC 20436
                                                      Telephone: (202) 205-3142
                                                      Facsimile: (202) 205-3111
                                                      Jane.Dempsey@usitc.gov